**FILED**
JUN 13 2016

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*************************************************************************

| | |
|---|---|
| CARROL KOLLARS, as Personal Representative of the Estate of Cody J. Kollars, Deceased; and COLLIN and CAROL KOLLARS, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN FAMILY INSURANCE COMPANY, <br><br> Defendant. | CIV 15-4081 <br><br><br><br><br><br><br> JUDGMENT OF DISMISSAL |

*************************************************************************

Based upon the Stipulation for Dismissal, Doc. 13, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiffs' Complaint and causes of action are hereby dismissed on the merits, with prejudice, each party to bear his or its own costs and fees.

Dated this 13th day of June, 2016.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY:_____
Deputy